

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2019

No. 04-18-00808-CV

Rodulfo J. **MENDEZ,**
Appellant

v.

Jessica **AGUIRRE,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CI00963
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellant's brief was due on August 22, 2019. Neither the brief nor a motion for extension of time has been filed.

We, therefore, **ORDER** appellant to file, on or before **September 13, 2019**, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by his failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); *see also* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court